1  Robert S. Green (State Bar No. 136183) (rsg@classcounsel.com)
   **GREEN WELLING LLP**
2  235 Pine Street, 15th Floor
   San Francisco, CA 94104
3  Telephone:  (415) 477-6700
   Facsimile:  (415) 477-6710
4
   Marc A. Topaz (mtopaz@sbclasslaw.com)
5  Richard A. Maniskas (rmaniskas@sbclasslaw.com)
   Tamara Skvirsky (tskvirsky@sbclasslaw.com)
6  **SCHIFFRIN & BARROWAY, LLP**
   280 King of Prussia Road
7  Radnor, PA  19087
   Telephone:  (610) 667-7706
8  Facsimile:  (610) 667-7056

9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12 
   NORMAN RHODES, Individually and On Behalf  )  Case No. C 04-3735 JSW
13 of All Others Similarly Situated,           )
                                               )
14                         Plaintiff,          )  **NOTICE OF VOLUNTARY
                                               )  DISMISSAL PURSUANT TO FED.**
15           vs.                               )  **R. CIV. P. 41(a)(1)**
                                               )
16 NEKTAR THERAPEUTICS, AJIT GILL,             )
   J. MILTON HARRIS, AND ROBERT B. CHESS,      )
17                                             )
                           Defendants.         )
18                                             )
                                               )

19
20
21
22
23
24
25
26
27
28

NOTICE OF VOLUNTARY DISMISSAL
Case No. C 04-3735 JSW                                                          1

1  TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

2         NOTICE IS HEREBY GIVEN that:

3         1.     Pursuant to Federal Rule of Civil Procedure 41(a)(1), Norman Rhodes voluntarily

4  dismisses the Complaint in this action without prejudice; and

5         2.     Green Welling LLP and Schiffrin & Barroway, LLP withdraw from representation

6  of Norman Rhodes's interests in this action.

Dated: May 9, 2005

Respectfully submitted,

**GREEN WELLING LLP**

By: /s/ Robert S. Green
Robert S. Green

235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Marc A. Topaz
Richard A. Maniskas
Tamara Skvirky
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Kim O. Trinh, hereby certify that I am employed by Green Welling, A Limited Liability Partnership, 235 Pine Street, 15th Floor, San Francisco, California 94104. I am over the age of eighteen years and am not a party to this action. On this 9th day of May, 2005, I electronically transmitted the attached **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** to the Clerk of the Court using the United States District Court, Northern District of California's Electronic Case File System for filing and a Notice of Electronic Filing was transmitted to the following ECF registrants:

### SEE ATTACHED SERVICE LIST

In compliance with Civil LR 23-2, service is also made via electronic mail to a Designated Internet Site that is identified by its physical and electronic addresses set forth below.

Securities Class Action Clearinghouse
Stanford University School of Law
Crown Quadrangle
Stanford, CA 94305-8612
**Email: jcarlos@law.stanford.edu**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed May 9, 2005, at San Francisco, California.

Kim O. Trinh

Certificate of Service

## Rhodes v. Nektar Therapeutics,
### Case No. C 04-3735 JSW

## SERVICE LIST

Marc A. Topaz
Richard A. Maniskas
Tamara Skvirky
**SCHIFFRIN & BARROWAY, LLP**
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA  19004
Telephone:  (610) 667-7706

*Attorneys for Plaintiff*

Boris Feldman
Ignacio Salceda
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100

*Attorneys for Defendants*